**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHRISTOPHER MATTHEW ROCK,

                     Plaintiff,                      22 **CIVIL** 9676 (KMK)(JCM)

      -v-                                    **JUDGMENT**

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.
------------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated August 22, 2023, that this action be, and hereby

is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of

42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new

hearing and for a new decision to be issued.

**Dated:** New York, New York
        August 23, 2023

                                          **RUBY J. KRAJICK**
                                  _____
                                     **Clerk of Court**

                  **BY:**       K. Mango

                                   _____
                                     **Deputy Clerk**